IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Kimberly Hoffman, | ) | C/A No.: 0:12-cv-819-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Midland Credit Management, Inc.; | ) | |
| Encore Captial Group, Inc.; and | ) | |
| Midland Funding, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The court attempted to have a scheduling conference with counsel for this case on July 20, 2012; however, Plaintiff's counsel could not be reached at the scheduled time of the conference. The court sees no reason to amend the scheduling order currently in place in this case. As such, counsel is directed to adhere to the deadlines set forth in this court's June 5, 2012 scheduling order. (ECF No. 18).

IT IS SO ORDERED.

July 20, 2012  
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge

1